391 A.2d 677

Commonwealth v. Byrd, Appellant.

Submitted September 12, 1977.   Kenneth Mirsky, Assistant Defender, and Benjamin Lerner, Defender, for appellant;  Charles A. Klein, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., would remand for an evidentiary hearing on counsel's alleged ineffectiveness pursuant to *Commonwealth v. Twiggs*, 460 Pa. 105, 331 A.2d 440 (1975). See also, *Commonwealth v. Aaron*, 255 Pa.Super. 289, 386 A.2d 1006 (1978) (Dissenting Opinion by HOFFMAN, J.).

WATKINS, former P. J., did not participate in the consideration or decision of this case.